## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael J. Penston             CHAPTER 13
          Paula Mustata

                         BKY. NO. 20-10181 MDC

                Debtor(s)


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of The Money Source Inc. and index same on the master mailing list.


                    Respectfully submitted,
                    **/s/ Rebecca A. Solarz Esquire**
                    Rebecca A Solarz, Esquire
                    Kevin G. McDonald, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322