# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Paula Mustata<br>Michael J. Penston<br><br>Debtor(s)<br><br>The Money Source Inc., its successors and/or assigns<br>Movant<br>vs.<br><br>Paula Mustata<br>Michael J. Penston<br>Debtor(s)<br><br>William C. Miller Esq.<br>Trustee | CHAPTER 13<br><br><br><br>NO. 20-10181 MDC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of The Money Source Inc., which was filed with the Court on or about **March 6, 2020, docket number 15**.

                Respectfully submitted,

    By: **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322
        Attorney for Movant/Applicant

April 27, 2020