IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| --- | --- | --- |
| | : | |
| Michael J Penston | : | Chapter 13 |
| Paula Mustata | : | |
| | : | Case No.  20-10181MDC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 19.

Dated:  April 28, 2020              /s/ Brad J. Sadek, Esquire
                    Brad J. Sadek, Esquire
                    Sadek and Cooper
                    1315 Walnut Street, Suite 502
                    Philadelphia, PA 19107
                    215-545-0008