IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| Michael J Penston | : | Chapter 13 |
| Paula Mustata | : | |
| | : | Case No.  20-10181MDC |
| Debtor(s) | : | |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the

Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's

certification that proper service has been made on all interested parties and upon the

Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $5,300.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an
   administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C.
   §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2  less
   $1,745.00 which was paid by the Debtor(s) prepetition, to the extent such distribution
   is authorized under the terms of the confirmed chapter 13 plan.

**Dated:**  May 11, 2020

_Magdeline D. Coleman_
_____
**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**