IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MICHAEL J. PENSTON ) <br> PAULA MUSTATA ) <br> **Debtor** ) <br> ) <br> ACAR LEASING LTD ) <br> d/b/a GM FINANCIAL LEASING ) <br> **Moving Party** ) <br> ) <br> v. ) <br> ) <br> MICHAELJ. PENSTON ) <br> PAULA MUSTATA ) <br> **Respondent** ) <br> ) <br> KENNETH E. WEST ) <br> **Trustee** ) <br> ) | CHAPTER 13 <br><br> Case No.: 20-10181 (MDC) <br><br> **Hearing Date: 1-11-22 at 10:30 AM** <br><br> 11 U.S.C. 362 |

### ORDER LIFTING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted as to the movant to pursue the movant's rights in the personal property described as a **2018 GMC Terrain** bearing vehicle identification number 3GKALMEV6JL332587 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date: January 12, 2022

_____
MAGDELINE D. COLEMN
CHIEF U.S. BANKRUPTCY JUDGE