United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-10181-djb
Michael J Penston  Chapter 13
Paula Mustata
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Mar 03, 2025  Form ID: 138OBJ  Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J Penston, Paula Mustata, 4004 Marshall Road, Drexel Hill, PA 19026-3412 |
| 14450426 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 14450429 | + | Syncb/horizon Servic, Po Box 965036, Orlando, FL 32896-5036 |
| 14477425 | + | The Money Source Inc., C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14655870 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 04 2025 01:41:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14455804 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 04 2025 01:41:00 | Acar Leasing LTD, dba GM Financial Leasing, PO Box 183853, Abington, TX 76096-3853 |
| 14773749 | + | Email/Text: BK@servicingdivision.com | Mar 04 2025 01:41:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14450418 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 04 2025 01:41:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14453849 | + | Email/Text: bkfilings@zwickerpc.com | Mar 04 2025 01:42:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14450419 | + | Email/PDF: bncnotices@becket-lee.com | Mar 04 2025 03:17:43 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14450420 | + | Email/PDF: bncnotices@becket-lee.com | Mar 04 2025 03:18:25 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14450421 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2025 03:28:44 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14450422 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2025 01:41:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14450423 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2025 01:41:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

Case 20-10181-djb  Doc 57  Filed 03/05/25  Entered 03/06/25 00:40:43  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: 138OBJ | Total Noticed: 37 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14450424 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 04 2025 01:41:00 | | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14450425 | | Email/Text: mrdiscen@discover.com Mar 04 2025 01:41:00 | | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14475004 | | Email/Text: bnc-quantum@quantum3group.com Mar 04 2025 01:41:00 | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14453052 | | Email/Text: mrdiscen@discover.com Mar 04 2025 01:41:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14481207 | | Email/Text: JCAP_BNC_Notices@jcap.com Mar 04 2025 01:42:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14466934 | + | Email/Text: RASEBN@raslg.com Mar 04 2025 01:41:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14784590 | + | Email/PDF: resurgentbknotifications@resurgent.com Mar 04 2025 03:17:22 | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14450427 | | Email/Text: Bankruptcy.Notices@pnc.com Mar 04 2025 01:41:00 | | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14475439 | | Email/Text: Bankruptcy.Notices@pnc.com Mar 04 2025 01:41:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14465344 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2025 03:28:47 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14477472 | | Email/Text: bnc-quantum@quantum3group.com Mar 04 2025 01:41:00 | | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14450428 | ^ | MEBN Mar 04 2025 01:15:26 | | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14856636 | + | Email/Text: BK@servicingdivision.com Mar 04 2025 01:41:00 | | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14450430 | + | Email/PDF: ais.sync.ebn@aisinfo.com Mar 04 2025 03:39:10 | | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14794631 | + | Email/PDF: acg.acg.ebn@aisinfo.com Mar 04 2025 03:28:46 | | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14481841 | ^ | MEBN Mar 04 2025 01:15:36 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14450431 | + | Email/PDF: ais.sync.ebn@aisinfo.com Mar 04 2025 03:18:09 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14450432 | + | Email/PDF: ais.sync.ebn@aisinfo.com Mar 04 2025 03:18:01 | | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14477593 | + | Email/Text: tdebn@credbankserv.com Mar 04 2025 01:41:00 | | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14483866 | + | Email/Text: BK@servicingdivision.com Mar 04 2025 01:41:00 | | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14450433 | + | Email/Text: BK@servicingdivision.com Mar 04 2025 01:41:00 | | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: 138OBJ | Total Noticed: 37 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14655986 | ##+ | ACAR Leasing LTD, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3125 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Michael J Penston brad@sadeklaw.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Paula Mustata brad@sadeklaw.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com<br>mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 56 − 49

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Michael J Penston                   Case No. 20−10181−djb

   Paula Mustata                    Chapter: 13

   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 3, 2025                                           For The Court

                                                                              Timothy B. McGrath
                                                                              Clerk of Court